PD-0185-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 2/17/2015 11:54:47 AM
Accepted 2/18/2015 9:43:24 AM
ABEL ACOSTA
CLERK

## IN THE COURT OF CRIMINAL APPEALS
## AUSTIN, TEXAS

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | |
| | § | EIGHTH COURT OF APPEALS |
| VS. | § | APPEAL NO.08-13-00072-CR |
| | § | TRIAL COURT NO.  20120D01434 |
| ROCIO ROMERO | § | |

## MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE COURT OF CRIMINAL APPEALS:

NOW COMES **ROCIO ROMERO**, the Petitioner herein, and moves the Court for an extension of time to file Petitioner's Petition for Discretionary Review in this cause, pursuant to Rule 68.2(c) of the Texas Rules of Appellate Procedure, and in support thereof would show the Court as follows:

I.

This appeal arose from Cause No. 20120D01434 from the 409th District Court in El Paso, Texas. An appeal was submitted to the Eighth Court of Appeals and a judgment affirming the trial court's decision was ordered on JANUARY 14, 2015. Pursuant to Rule 68.2(a) of Texas Rules of Appellate Procedure, the 30 days since the judgment affirming the trial court's decision will expire on February 17, 2015, due to the deadline falling on a Saturday and a holiday on February 16th.

III.

The Petitioner hereby requests an extension of time to file a Petition for Discretionary Review based on Counsel requiring more time to file the Petition. In addition, Counsel was recently in trial on United States v. Deion Lockhart in US District Court under Case number EP-13-CR-1832 for the first 3 weeks of January. Counsel for Petitioner will require 45 to 60 days to prepare a Petition based on his recent review of

FILED IN
COURT OF CRIMINAL APPEALS

February 18, 2015

ABEL ACOSTA, CLERK

this case, and past obligations in a multiple indictment case. This request is not for the purposes of delay but so that the ends of justice are served.

WHEREFORE, PREMISES CONSIDERED, the undersigned counsel, on behalf of Petitioner, respectfully prays that this Honorable Court extend the time for filing Petitioner's Petition for Discretionary Review in this cause until a later date.

RESPECTFULLY SUBMITTED,

PATRICK A. LARA
ATTORNEY AT LAW
501 North Kansas Street, Suite B-100
EL PASO, TEXAS 79901
(915) 231-1809
FAX (915) 532-0817
STATE BAR # 00792639

ATTORNEY FOR Rocio Romero

## CERTIFICATE OF SERVICE

As Attorney of Record for Petitioner, I do hereby Certify that a true and correct copy of the above and foregoing document was this date provided to the Respondent, the El Paso District Attorney's Office, Hon. Jaime Esparza at 500 East San Antonio, 2nd Floor, El Paso, Texas 79901 on February 17, 2015 by fax delivery.

PATRICK A. LARA

THE STATE OF TEXAS          §

                                      §

COUNTY OF EL PASO          §

      **BEFORE ME,** the undersigned authority, personally appeared PATRICK A. LARA, Counsel for Petitioner who upon oath deposes and says that he is Counsel of Record for the Petitioner herein and as such is fully capable, authorized, competent and qualified to make this affidavit; that he executed the same for, and on behalf of said Petitioner for all purposes, and further state that the statements herein contained are true and correct.



_____
PATRICK A. LARA

      SUBSCRIBED AND SWORN TO before me by the said PATRICK A. LARA, Counsel for Defendant, this the 17TH day of February, 2015, to certify which witness my hand and seal of office.

IVAN M. LARA
NOTARY PUBLIC
In and for the State of Texas
My commission expires
09-04-2017
NOTARY PUBLIC
STATE OF TEXAS

_____
Notary Public in and for
El Paso County, Texas

## IN THE COURT OF CRIMINAL APPEALS
## AUSTIN, TEXAS

THE STATE OF TEXAS §

VS. § EIGHTH COURT OF APPEALS
§ APPEAL NO.08-13-00072-CR
§ TRIAL COURT NO. 20120D01434
ROCIO ROMERO §

### ORDER ON MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR DISCRETIONARY REVIEW

ON THIS THE _____ day of February, 2015 came to be heard Petitioner's Motion For Extension Of Time To File Petition for Discretionary Review, and after due consideration, it is hereby ORDERED AND DECREED THAT PETITIONER'S MOTION IS HEREBY:

GRANTED, and Petitioner's Petition for Discretionary Review is hereby Ordered to be submitted by _____ .

DENIED, To which Petitioner files exception.

Signed on this the _____ day of February, 2015.


_____
JUDGE PRESIDING